AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

XCEL SOFTWARE, INC.
V.
INSIGHT DIRECT, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10543 JLT

TO: (Name and address of Defendant)

Insight Direct, Inc.
180 Canal Street
Boston, MA 02114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sean Ploen, Esq.
Boston Law Group, LLP
20 Park Plaza, Suite 637
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: MAR 17 2004

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>MARCH 19, 2004 |
| NAME OF SERVER *(PRINT)*<br>TIMOTHY MCGONIGAL | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 180 CANAL STREET, BOSTON, MA BY HANDING TRUE AND ATTESTED COPIES THEREOF TO THE WITHIN NAMED DEFENDANT'S VICE PRESIDENT AND DULY AUTHORIZED AGENT, RICHARD SPARACIO

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>$8 | SERVICES<br>$25 | TOTAL $̶0̶.̶0̶0̶ $33. |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   MARCH 19, 2004         *[signature]*
                   Date                 *Signature of Server*

                  357 CAMBRIDGE STREET, CAMBRIDGE, MA 02141
                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.