IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 14 P 4: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

XCEL SOFTWARE, INC.,

        Plaintiff

        v.                         CIVIL ACTION NO. 04-10543 (JLT)

INSIGHT DIRECT, INC.,

        Defendant

### STIPULATED ORDER OF SETTLEMENT

WHEREAS Plaintiff Xcel Software, Inc. ("Xcel" or "Plaintiff") has alleged and Defendant Insight Direct, Inc. ("Insight" or "Defendant") admits that Defendant has infringed Plaintiff's protected trademark SERVICEWORKS in commerce in connection with providing software and technical support services in connection with such software to third parties, and,

WHEREAS the parties have entered into a settlement agreement (the "Settlement Agreement") to resolve this dispute; and have further agreed to the terms of this Order as part of the Settlement Agreement;

IT IS HEREBY ORDERED as follows:

1. Defendant, and its partners, managers, employees, subsidiaries, predecessors, successors, affiliates, assigns and agents:

    (a) shall forever cease and desist from all use of Plaintiff's trademark SERVICEWORKS, as well as any confusing similar trademark, including but not limited to such

Approved
Tauro AJ
6/17/04

use in the context of computer software, soliciting new purchasers or licensees for such software, and servicing any existing users and licensees of such software;

      (b)    shall forever cease and desist from selling, offering for sale, licensing, manufacturing and/or distributing any goods displaying Plaintiff's protected mark or any similar trademark, and from offering or providing any sort of service(s) in association with Plaintiff's protected mark or any similar mark;

      (c)    shall forever cease and desist from otherwise using Plaintiff's mark or any similar marks, including any trademark incorporating the term SERVICEWORKS as part of the trademark; and

      (d)    shall, within seven (7) days of the date this Order is executed, destroy or return to Plaintiff any existing materials bearing Plaintiff's mark or any similar marks.

2.    Any violation of this Order by Defendant shall be considered an act of contempt of this Court.

3.    This case is hereby dismissed with prejudice and without costs, all matters in controversy having been fully settled, compromised and adjourned. This Court shall retain jurisdiction as necessary to enforce the terms of this Order and also to enforce the terms of the Settlement Agreement being executed in connection with this Order.

-3-

_____
Sean Ploen, Esq.
Boston Law Group, LLP
20 Park Plaza, Suite 637
Boston, MA 02116
Phone: (617) 426-6800
Fax: (617) 426-6802
Attorney for Plaintiff

June 10, 2004

_____
Merton E. Thompson, Esq.
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110
Phone: (617) 345-3000
Fax: (617) 345-3299
Attorney for Defendant

June 10, 2004


SO ORDERED this 17 day of June, 2004.

_____
The Honorable Joseph L. Tauro, U.S.D.J.